

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SYMANTEC CORPORATION, | ) |
| Plaintiff, | ) Civil Action No. 02-CV-73930 |
| v. | ) Hon. John Corbett O'Meara |
| ALADDIN KNOWLEDGE SYSTEMS, INC., | ) |
| ALADDIN KNOWLEDGE SYSTEMS, LTD., INTEGRATION PROJECTS INCORPORATED, d/b/a DEWPOINT, INC., and CLEARSWIFT CORPORATION | ) **ORIGINAL** |
| Defendants, | ) |

**FILED** MAR 0 4 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

### STIPULATED FINAL JUDGMENT AS TO ALADDIN and DEWPOINT

Pursuant to voluntary agreement and consent of Symantec Corporation, Aladdin Knowledge Systems, Inc., Aladdin Knowledge Systems, Ltd., and Integration Projects Incorporated d/b/a Dewpoint, Inc. (hereinafter referenced individually and collectively as the "Settling Parties"), made after extended litigation, the Court enters judgment as to the Settling Parties in this case as follows:

United States Patent No. 5,319,776 (the '776 patent), entitled "In Transit Detection of Computer Virus With Safeguard," is valid and enforceable in all aspects;

All damages attributable to or derived from any allegations among any of the Settling Parties have been resolved by a Settlement Agreement among the Settling Parties which has been executed and maintained in confidence; and

All other claims, counterclaims, defenses, and requests for relief of any kind, against or by any of the Settling Parties pertaining to the '776 patent and the allegations set forth in this action are hereby dismissed with prejudice. Each of the Settling Parties shall pay its own costs, expenses, and attorney fees.

The Court retains jurisdiction to enforce the terms of the Settlement Agreement, if needed.

_____  _____
Date                     John Corbett O'Meara

**STIPULATED BY THE PARTIES:**

ALADDIN KNOWLEDGE SYSTEMS, INC.          SYMANTEC CORPORATION
ALADDIN KNOWLEDGE SYSTEMS, LTD.
INTEGRATION PROJECTS INCORPORATED
D/B/A DEWPOINT, INC.

_____                  _____
Donald Myers                             Thomas A. Lewry (P36399)
Miller Canfield Paddock & Stone LLP      Brooks & Kushman P.C.
150 W. Jefferson, Suite 2500             1000 Town Center, Twenty-Second Floor
Detroit, Michigan 48226                  Southfield, Michigan 48075

Michael J. Lennon                        Daniel A. Boehnen
Mark A. Hannemann                        Leif R. Sigmond
Paul T. Qualey                           Richard A. Machonkin
Kenyon & Kenyon                          McDonnell Boehnen Hulbert & Berghoff
One Broadway                             300 South Wacker Drive
New York, New York 10004                 Chicago, Illinois 60606